# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johnny Rene Farias, | No. CV-25-02836-PHX-KML (MTM) |
| Plaintiff, | **ORDER** |
| v. | |
| NaphCare, et al., | |
| Defendants. | |

On February 17, 2026, Magistrate Judge Michael T. Morrissey issued a Report and Recommendation ("R&R") recommending the dismissal of plaintiff's complaint as to the Doe defendants based on plaintiff's failure to substitute the actual names of those defendants. (Doc. 20.) No objections were filed and the R&R is adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

**IT IS ORDERED** the Report and Recommendation (Doc. 20) is **ADOPTED** and the complaint (Doc. 1) is **dismissed without prejudice** as to the Doe defendants.

Dated this 20th day of March, 2026.

Honorable Krissa M. Lanham
United States District Judge